Judge Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. CR03-5463FDB |
| ) | |
| v. ) | FINAL ORDER OF FORFEITURE |
| ) | |
| JENNIFER JOHNSON ) | |
| ) | |
| Defendant. ) | |
| ) | |

On March 5, 2004, the Court entered a Preliminary Order of Forfeiture in this case with respect to the following properties:

1. $811.00 U.S. Currency;

2. $2,974.00 U.S. Currency;

3. Digital Scale;

4. Marijuana Grow Equipment (16 lights, three boxes of bulbs, sixteen ballasts, five heaters, two pumps, two electrical power panels, six 32-gallon plastic garbage cans full of nutrients and water, thirteen circulating fans, six squirrel cage fans, and numerous bales of potting soil;

5. A handgun (Taurus Model No. .40 caliber, Serial Number SVF06184); and

6. Ammunition and holster.

The above listed properties were subject to forfeiture pursuant to Title 21, United States Code, Section 853, based on defendant Jennifer Johnson's plea of guilty to violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B),

FINAL ORDER OF FORFEITURE - 1
H:\Criminal Cases\Misc Minute Orders\FOF Jennifer.wpd
(CR03-5463FDB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Manufacturing of Marijuana, and Title 21, United States Code, Sections 841(a)(1) and
2  841(b)(1)(D), Possession of Marijuana with Intent to Distribute.  In the Preliminary Order
3  of Forfeiture, the Court found that the defendant had an interest in the properties subject
4  to forfeiture.

5      The United States published due notice of the Preliminary Order, as prescribed by
6  Title 21, United States Code, Section 853, and of its intent to dispose of the listed
7  properties in accordance with the law.  The United States also provided direct written
8  notice to all persons known to have alleged an interest in the properties.

9      Petition Russell Moss filed a petition, dated November 5, 2004, in which he
10 claimed an interest in the $811.00 U. S. currency and the $2,974.00 U.S. currency listed
11 above.  Also on November 5, 2004, Petitioner Russell Moss filed a second petition for the
12 Taurus .40 caliber semi-automatic pistol, ammunition and holster.

13     On March 4, 2005, this office received a copy of a letter dated February 21,
14 2004[sic], from Russell Moss to Judge Burgess "vacating" his claim to the cash, but
15 requesting the return of the Taurus .40 caliber semi-automatic pistol, holster and
16 ammunition.  On August 31, 2005, the Court entered an Order approving the stipulation
17 to between Russell Moss and the United States to withdraw claim to $3,785.00, the
18 forfeiture thereof, and the return of the Taurus .40 S&W Pistol to Claimant Moss.  The
19 Taurus .40 S&W Pistol, holster, and ammunition have been returned.

20     No other persons or entities have filed a petition or claim in this action.
21 Accordingly,

22     IT IS ORDERED, ADJUDGED and DECREED that the following assets are
23 hereby fully and finally condemned and forfeited to the United States in their entirety:

24     a.    $811.00 U.S. Currency;

25     b.    $2,974.00 U.S. Currency;

26     c.    Digital Scale;

27     d.    Marijuana Grow Equipment (16 lights, three boxes of bulbs, sixteen
              ballasts, five heaters, two pumps, two electrical power panels, six 32-gallon
28            plastic garbage cans full of nutrients and water, thirteen circulating fans, six

FINAL ORDER OF FORFEITURE - 2
H:\Criminal Cases\Misc Minute Orders\FOF Jennifer.wpd
(CR03-5463FDB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 squirrel cage fans, and numerous bales of potting soil.

2 The United States Marshals Service is authorized to dispose of the above listed
3 assets in accordance with law.

4 The Clerk of the Court is directed to send a copy of this Final Order of Forfeiture
5 to all counsel of record and twelve (12) "raised sealed" certified copies to the United
6 States Marshals Service in Seattle, Washington.

7 DATED this 9th day of January, 2006.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

  /s/ Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
206-553-2242; fax 206-553-6934
Richard.E.Cohen@usdoj.gov

FINAL ORDER OF FORFEITURE - 3
H:\Criminal Cases\Misc Minute Orders\FOF Jennifer.wpd
(CR03-5463FDB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970