UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JENNIFER JOHNSON,<br><br>　　　　　Defendant. | Case No. CR3-5463FDB<br><br>ORDER RE TRANSCRIPT |

Defendant requests information regarding obtaining the transcripts from her sentencing. Defendant is directed to call the Clerk's office at 253-882-3800 to order a copy of the transcript at fifty cents per page, if the sentencing has been transcribed, or for referral to the court reporter to order the transcript. SO ORDERED.

DATED this 26th day of July, 2006.

　　　　　　　　　　　　　　　　／s／ Franklin D. Burgess
　　　　　　　　　　　　　　　　FRANKLIN D. BURGESS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1